UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:09-cr-0154-JPH-DML-1 |
| | ) | |
| JAITEE JACKSON, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On November 9, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on October 5, 2022.  Defendant Jackson appeared in person, *pro se*.  Gwendolyn Beitz appeared as stand-by counsel.  The government appeared by Samantha Spiro and Brad Shepard, Assistant United States Attorneys.  U. S. Parole and Probation appeared by Officer James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Jackson of his rights and provided him with a copy of the petition.

    2.    Contested hearing held.  Court found defendant guilty of violation number 1. Court made no findings on violation number 2 due to lack of evidence. [Docket No. 53.]

    3.    The allegation to which Defendant was found guilty, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."** |

As previously reported, Mr. Jackson tested positive for cannabinoids on March 31, and July 14, 2022.

On August 12, and 31, 2022, Mr. Jackson tested positive for cannabinoids which was confirmed via the national laboratory. Quantitative testing indicated Mr. Jackson continued to consume marijuana after his July 14, and August 12, 2022, urinalysis tests.

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is VI.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The government recommended a sentence of 11 months with supervised release to follow. Defendant argued for no time.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 8 months with no supervised release to follow. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 11/10/2022

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Jaitee Jackson #09286-028
Clark County Jail
501 East Court Avenue
Jeffersonville, Indiana  47130